IDA ALPERT, as Administratrix of the Estate of ABRAHAM ALPERT, Deceased, Respondent, *v.* CHARLOTTE A. DAY et al., Appellants, and FRANK FRIEDMAN, Respondent.

(Argued April 23, 1934; decided May 22, 1934.)

*Harold M. Phillips* and *Alvin R. Cowan* for appellants. *Samuel L. Sargent* and *Bernard L. Spiegel* for plaintiff-respondent.

*A. S. Cutler* for defendant-respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., LEHMAN, O'BRIEN and HUBBS, JJ. Dissenting: CRANE and CROUCH, JJ.